**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

K-tel International (USA), Inc.,

Plaintiff,

v.

Trans World Entertainment Corporation,

Defendant.

Court File No.: 00-2714 RHK/JMM

and ORDER

**Stipulation for Extension of Time to Answer or Otherwise Respond**

---

TO: COURT ABOVE-NAMED 316 NORTH ROBERT STREET, ST. PAUL, MINNESOTA 55101.

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which the Defendant shall answer or otherwise respond to the Plaintiff's Amended Complaint may be extended to March 2nd, 2001.

Dated: February 26, 2001

PAUL C. THISSEN (#241416)
*BRIGGS AND MORGAN*
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

***Attorneys for Plaintiff***

FEB 27 2001

Dated: February 26, 2001

**THOMAS E. PROPSON** (#231046)
**SUSAN K. FITZKE** (#294032)
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendant***

**IT IS HEREBY ORDERED:**

Exercising its authority under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court extends the time within which the Defendant shall answer or otherwise respond to the Plaintiff's Amended Complaint through March 2nd, 2001.

Dated: 2-27-01

**Hon. John M. Mason**
United States Magistrate Judge

866720.1