UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

K-TEL INTERNATIONAL (USA) INC., CIVIL NO. 00-2714 (RHK/JMM)

Plaintiff,

v.

ORDER

TRANS WORLD ENTERTAINMENT CORPORATION,

Defendant.

The above matter came on for hearing before the undersigned on July 23, 2001 upon Defendant's Motion to Compel Discovery Responses [Docket No. 52] and K-5 Leisure Products' Motion to Intervene [Docket Nos. 49, 55]. Patrick C. Summers, Esq. appeared on behalf of Plaintiff; Thomas Edmund Propson, Esq. appeared on behalf of Defendant; Larry B. Ricke, Esq. appeared on behalf of K-5 Leisure Products.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED

1. Defendant's Motion to Compel Discovery Responses [Docket No. 52] is granted. No later than August 3, 2001, Plaintiff shall provide full and complete responses to the discovery requests served on Plaintiff on March 28, 2001, subject only to any reasonable and appropriate objections by Plaintiff on the ground of undue burden.

2. K-5 Leisure Products may submit supplemental materials in support of its Motion to Intervene no later than 4:00 p.m. on July 27, 2001. Defendant may submit

FILED JUL 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

supplemental materials in opposition to the Motion no later than 4:00 p.m. on August 2, 2001, at which time the Court will take the Motion under advisement.

Dated: July 24, 2001

JOHN M. MASON
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.


| | | |
|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 U. S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 |