**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

K-Tel International (USA), Inc.,

Plaintiff,

vs.

Trans World Entertainment Corporation,

Defendant.

Civil No. 00-2714 (RHK/JMM)

**STIPULATION AND ORDER FOR AMENDMENT OF SCHEDULING ORDER**

---

**WHEREAS**, the Court's amended pre-trial scheduling order of April 17, 2001 required disclosure of the identity of the defendant's expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) accompanied by the written report prepared and signed by expert witnesses to be completed by October 1, 2001 for defendant; and

**WHEREAS**, the brief extension requested below will not interfere with any of the remaining deadlines in the case (including the dispositive motion deadline or the trial ready date); and

**WHEREAS**, counsel wish to cooperate and conclude discovery as quickly and efficiently as possible;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and among the parties through their respective counsel and pursuant to Federal Rules of Civil Procedure 16(b) and 29, as well as Local Rule 16.1 that the Court exercise its power

FILED OCT 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

under Federal Rule of Civil Procedure 16 and amend the amended pretrial scheduling order of April 17, 2001 as follows and without hearing or further notice to any party:

**Disclosure of the Identity of Expert Witnesses for Defendant**

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) for defendant shall be commenced in time to be completed by October 31, 2001.

**Full Disclosures for Defendant**

2. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witnesses, for defendant only shall be commenced in time to be completed by October 31, 2001.

**NO OTHER DEADLINES ARE CHANGED**

Dated: October 1, 2001

**TIMOTHY D. MORATZKA** (No. 75036)
**PATRICK C. SUMMERS** (No. 028841X)
**Mackall, Crounse & Moore**
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, Minnesota 55402
(612) 305-1400

*Attorneys for Plaintiff K-Tel International (USA), Inc.*

Dated: October 1, 2001

THOMAS E. PROPSON (No. 231046)
SUSAN K. FITZKE (No. 231046)
**Meagher & Geer, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661

*Attorneys for Defendant Trans World Entertainment Corporation*

## ORDER

1. Pursuant to Federal Rules of Civil Procedure 16(b) and 29, as well as Local Rule 16.1, the Court exercises its power to amend the pretrial scheduling order as follows:

**Disclosure of the Identity of Expert Witnesses for Defendant**

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) for defendant shall be commenced in time to be completed by October 31, 2001.

**Full Disclosures for Defendant Only**

2. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witnesses, for defendant shall be commenced in time to be completed by October 31, 2001.

**NO OTHER DEADLINES ARE CHANGED**

**IT IS HEREBY ORDERED:**

Dated: 10/2/01

JOHN M. MASON
United States Magistrate Judge

/914730.1