Cv 00-2714
RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **April 1, 2002.** **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: November 6,2001.

NOV 06 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Naida Colby<br><br>vs CV 01-248 RHK/JMM<br>COURT<br><br>Home Depot USA Inc.<br>Etal | Nelson Peralta<br>612-827-8123<br><br>Michael Ryan<br>651-227-9411<br><br>James Dunn<br>651-696-9488<br><br>Timothy Hickey, Jr.<br>770-391-9100 |
| 2. | K-Tel International Inc.<br><br>vs CV 00-2714 RHK/JMM<br>JURY<br><br>Trans World Entertainment<br>Corporation | Timothy Moratzka<br>612-305-1400<br><br>Thomas Propson<br>612-338-0661<br><br>Blake Shepard<br>612-335-1500 |
| 3. | Louis Porter<br><br>vs CV 01-395 RHK/JMM<br>JURY<br><br>Summit Academy OIC | Elizabeth Kimball<br>612-373-7022<br><br>Alec Beck<br>952-896-1700 |

4. **Sandra Broome** — **John Fabian**, **612-338-1919**

**vs CV 01-552 RHK/JMM**
**JURY**

**Rollouts Incorporated** — **David Duddelston**, **612-341-8131**