UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

K-TEL INTERNATIONAL (USA) INC., CIVIL NO. 00-2714 (RHK/JMM)

Plaintiff,

v. ORDER

TRANS WORLD ENTERTAINMENT CORPORATION,

Defendant.

The above matter came on for hearing before the undersigned on November 13, 2001 upon Defendant's Motion to Compel [Docket No. 71]. Patrick C. Summers, Esq. appeared on behalf of Plaintiff; Thomas Edmund Propson, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, for the reasons placed on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendant's Motion to Compel [Docket No. 71] is granted in part. No later than November 26, 2001, Plaintiff shall provide to Defendant Supplemental Answers which contain full and complete responses to Defendant's Interrogatories Nos. 4, 12, and 13, signed under oath as provided by the Federal Rules of Civil Procedure.

2. To the extent Plaintiff fails to comply with this Order, it shall be barred from presenting either at trial, in opposition to any motion for summary judgment, or in any other proceeding herein, any evidence not provided in response to Defendant's

FILED NOV 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

outstanding interrogatories and document requests, without prejudice to Defendant's right to seek additional sanctions pursuant to Rule 37(b)(2) of the Federal Rules of Civil Procedure.

3. Plaintiff shall pay to Defendant the sum of $500 as a sanction under Rule 37(a)(4) of the Federal Rules of Civil Procedure.

Dated: November 14, 2001

JOHN M. MASON
United States Magistrate Judge