UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

K-TEL INTERNATIONAL (USA) INC., CIVIL NO.00-2714 (RHK/JMM)

Plaintiff,

v.

ORDER

TRANS WORLD ENTERTAINMENT CORPORATION,

Defendant.

The Parties in the above matter submitted a "Stipulation and Order for Amendment of Scheduling Order" to the Court on December 18, 2001. The Court will construe the Stipulation as a Joint Motion to Amend the Pretrial Scheduling Order. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Joint Motion to Amend the Pretrial Scheduling Order is denied.

Dated: December 19, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

The Stipulation/Motion seeks an extension of time based upon the likelihood that the Parties will achieve a settlement of the matter, but it is not accompanied by any of the information required by Local Rule 16.3. We are also advised that there are

FILED DEC 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

procedural changes since the date of the Stipulation/Motion which raise questions about the propriety of the extension. (It does not appear that these procedural issues will interfere in any way of the parties' stated intention of concluding a settlement).

J.M.M.