C0 00-2714 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR APRIL, 2002 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning April 1, 2002. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By March 18, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By March 25, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By March 29, 2002: Responses to the Written Objections.

Dated: February 1, 2002

RICHARD H. KYLE
United States District Judge

FILED FEB 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

| | | |
|---|---|---|
| 1. | Naida Colby | Nelson Peralta<br>612-827-8123 |
| | vs CV 01-248 RHK/JMM<br>COURT | |
| | Home Depot USA Inc.<br>Etal | Michael Ryan<br>651-227-9411 |
| | | James Dunn<br>651-696-9488 |
| | | Timothy Hickey, Jr.<br>770-391-9100 |
| 2. | K-Tel International Inc. | Timothy Moratzka<br>612-305-1400 |
| | vs CV 00-2714 RHK/JMM<br>JURY | |
| | Trans World Entertainment<br>Corporation | Thomas Propson<br>612-338-0661 |
| | | Blake Shepard<br>612-335-1500 |
| 3. | Sandra Broome | John Fabian<br>612-338-1919 |
| | vs CV 01-552 RHK/JMM<br>JURY | |
| | Rollouts Incorporated | David Duddelston<br>612-341-8131 |