Cv 00-2714 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR MAY, 2002 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning May 1, 2002. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By April 19, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By April 26, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By April 30, 2002: Responses to the Written Objections.

Dated: March 1, 2002

RICHARD H. KYLE
United States District Judge

FILED MAR 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

1. Naida Colby

vs CV 01-248 RHK/JMM
COURT

Home Depot USA Inc.
Etal

Nelson Peralta
612-827-8123

Michael Ryan
651-227-9411

James Dunn
651-696-9488

Timothy Hickey, Jr.
770-391-9100

2. K-Tel International Inc.

vs CV 00-2714 RHK/JMM
JURY

Trans World Entertainment
Corporation

Timothy Moratzka
612-305-1400

Thomas Propson
612-338-0661

Blake Shepard
612-335-1500