UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

K-Tel International Inc.,

Plaintiff,

vs

CV 00-2714 RHK/JMM

TRANS WORLD ENTERTAINMENT
CORPORATION,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 6 ,2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

MAR 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK