**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

K-tel International (USA), Inc.,

Plaintiff,

v.

Trans World Entertainment Corporation,

Defendant.

Court File No.: 00-2714 RHK/JMM

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff K-tel International (USA), Inc., K-5 Leisure Products, Inc. the secured creditor of K-tel International (USA), Inc. and Defendant Trans World Entertainment Corporation through their respective counsel, that all claims in the above-entitled litigation shall be, and the same are hereby, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

Date: March 27, 2002

THOMAS E. PROPSON
SUSAN K. FITZKE
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Trans World Entertainment Corporation***

APR 03 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 03 2002
DEPUTY CLERK

Dated: ____________

TIMOTHY D. MORATZKA
PATRICK C. SUMMERS
*MACKALL, CROUNSE & MOORE*
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, Minnesota 55402
(612) 305-1400

***Trustees for Plaintiff K-Tel International (USA), Inc.***

Dated: 3/27/02

LARRY B. RICKE
BLAKE SHEPARD
*LEONARD, STREET AND DEINARD*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

***Attorneys for K-5 Leisure Products, Inc., a secured creditor of K-tel International (USA), Inc.***

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by Plaintiff K-tel International (USA), Inc., K-5 Leisure Products, Inc. the secured creditor of K-tel International (USA), Inc. and Defendant Trans World Entertainment Corporation, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That all claims asserted by K-tel International (USA), Inc. in the above-entitled action are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: 4/02/02

**THE HONORABLE RICHARD H. KYLE**
U.S. District Court Judge

948723.1